UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x

EDWIN ZAYAS, Individually and on Behalf of    Case No.: 21-cv-10132
All Others Similarly Situated,

                        Plaintiff,         **NOTICE OF APPEARANCE**

     -against-

174 8TH AVENUE ASSOCIATES, INC. and 174 EIGHTH
REST CORP.
                      Defendants.

------------------------------------------- x

C O U N S E L O R S:

     PLEASE TAKE NOTICE that Defendants, 174 8TH AVENUE ASSOCIATES, INC. and 174 EIGHTH REST CORP, hereby appears in the above-captioned action, and that the undersigned has been retained as attorneys for said Defendants and hereby demand that copies of all papers in this action be served upon the undersigned at the address stated below.

Dated:  Lake Success, New York
         February 17, 2022

                                ABRAMS FENSTERMAN, LLP

                                By:   /s/   *Olivia Hines*
                                     Olivia Hines
                                     *Attorney for Defendants*
                                     3 Dakota Drive, Suite 300
                                     Lake Success, New York 11042
                                     (516) 328-2300

TO:  All parties via ECF