```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
EDWIN ZAYAS, Individually and on Behalf of All      :
Others Similarly Situated,                          :
                                                    :
                            Plaintiff,              :   21 Civ. 10132 (JPC)
                                                    :
               -v-                                  :   ORDER
                                                    :
                                                    :
174 8TH AVENUE ASSOCIATES, INC. and 174             :
EIGHTH REST CORP.,                                  :
                                                    :
                            Defendants.             :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

        The Court ordered the parties, no later than seven days prior to the Initial Pretrial Conference, to submit a joint letter and proposed case management plan and scheduling order. *See* Dkt. 11. The parties have not complied with that Order. By the end of day on May 24, 2022, the parties shall submit the required documents.

        SO ORDERED.

Dated: May 24, 2022  
       New York, New York  
                                                      JOHN P. CRONAN  
                                                 United States District Judge