UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN ZAYAS, Individually and on Behalf of all Others Similarly Situated,<br><br>          Plaintiff,<br><br>- against -<br><br>174 8TH AVENUE ASSOCIATES, INC. and 174 EIGHTH REST CORP,<br><br>          Defendants | 21cv10132 (JPC)(GWG)<br><br>**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL WITH PREJUDICE** |

   **WHEREAS**, Plaintiff EDWIN ZAYAS and Defendants 174 8TH AVENUE ASSOCIATES, INC. and 174 EIGHTH REST CORP, through their undersigned counsel, stipulation and agree as follows:

   1.  This action is hereby dismissed with prejudice, pursuant to the terms of the Settlement Agreement and Order signed by the Court on November _____ , 2022.

   2.  The Court shall retain jurisdiction over this action for the sole purpose of enforcing compliance with the terms of the Settlement Agreement and Order annexed hereto as **Exhibit 1**.

   3.  A facsimile or scanned copy of this stipulation will be considered the same as an original and may be filed with the court electronically or by facsimile transmission.

Dated: November 14, 2022

1

| | |
|---|---|
| Law Offices of James E. Bahamonde, PC | Abrams Fensterman, LLP |
| __/s/ James E. Bahamonde_____ | /s/ *Dean Boyer* |
| James E. Bahamonde, Esq.<br>2501 Jody Court<br>North Bellmore, NY 11710<br>Tel:  (646) 290-8258<br>Fax: (646) 435-4376<br>E-mail:  james@civilrightsny.com | N. Dean Boyer, Esq.<br>3 Dakota Dr., Suite 300<br>Lake Success, NY 11042<br>Tel: 516-328-2300<br>E-mail: nboyer@abramslaw.com |
| *Attorney for Plaintiff* | *Attorney for 174 8th Avenue Associates, Inc. and 174 Eighth Rest Corp.* |